Fax sent by : 03-13-09 03:57p Pg: 2/8
Fax from 03-13-09 02:48p Pg: 2
Case 2:09-cr-00046-FSH Document 25 Filed 03/17/09 Page 1 of 1 PageID: 38

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Crim.No. 09-0046(FSH) |
| v. : | BAIL MODIFICATION CONSENT ORDER |
| EDWARD PUELLO : | |

This matter having come before the Court on the application of defendant Edward Puello, by Lorraine Gauli-Rufo, Assistant Federal Public Defender, for an Order modifying the conditions of bail set by The Honorable Claire C. Cecchi, on October 1, 2008, and modified on October 8, 2008, and Zahid Quraishi, Esq., AUSA, and Pretrial Services Officer, Roberto Cordeiro, having no objection to said modification,

IT IS on this 17th day of March, 2009,

ORDERED that the Edward Puello be permitted to leave his residence to seek and obtain employment, at the discretion and with the approval of Pretrial Services

All other conditions of release set by this Court on October 1, 2008, as modified On October 9, 2008, all other conditions of bail to remain in full force and effect.

_____
HONORABLE FAITH S. HOCHBERG
United States District Court Judge

I hereby consent to the form of this Order:

_____   _____
Lorraine Gauli-Rufo, Esq., AFPD   Zahid Quraishi, Esq, AUSA
Dated: 3/16/09                    Dated: 3/13/09