UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :
                             :    Crim. No. 09-0046(FSH)
                             :
v.                           :
                             :    BAIL MODIFICATION
                             :    CONSENT ORDER
EDWARD PUELLO                :

This matter having come before the Court on the application of defendant Edward Puello, by Lorraine Gauli-Rufo, Assistant Federal Public Defender, for an Order modifying the conditions of bail set by The Honorable Claire C. Cecchi, on October 1, 2008, and modified on October 8, 2008 and March 17, 2009, and Zahid Quraishi, Esq., AUSA, and Pretrial Services Officer, Roberto Cordeiro, having no objection to said modification,

IT IS on this 20th day of May, 2009,

ORDERED that the Edward Puello shall no longer be subject to electronic monitoring, and

All other conditions of release set by this Court on October 1, 2008, as modified On October 9, 2008 and March 17, 2009, all other conditions of bail to remain in full force and effect.

_____
HONORABLE FAITH S. HOCHBERG
United States District Court Judge

I hereby consent to the form of this Order:

_____
Lorraine Gauli-Rufo, Esq.; AFPD
Dated: 5/21/09

_____
Sabrina Comizzoli, Esq, AUSA
(for Zahid Quarishi, Esq. AUSA)
Dated: 5/21/09