UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim.No. 09-0046(FSH) |
| v. | : | BAIL MODIFICATION CONSENT ORDER |
| EDWARD PUELLO | : | |

This matter having come before the Court on the application of defendant Edward Puello, by Lorraine Gauli-Rufo, Assistant Federal Public Defender, for an Order modifying the conditions of bail set by The Honorable Claire C. Cecchi, on October 1, 2008, and modified on October 8, 2008 and March 17, 2009, and Zahid Quraishi, Esq., AUSA, and Pretrial Services Officer, Elizabeth Auson, having no objection to said modification,

IT IS on this 9th day of March, 2010,

ORDERED that the Pretrial Services shall return Edward Puello's passport to him, for the limited purpose of renewing his New Jersey driver's license. He will thereafter return his passport to Pretrial Services.

All other conditions of release set by this Court on October 1, 2008, as modified On October 9, 2008 and March 17, 2009, all other conditions of bail to remain in full force and effect.

HONORABLE FAITH S. HOCHBERG
United States District Court Judge

I hereby consent to the form of this Order:

Lorraine Gauli-Rufo, Esq., AFPD     Zahid Quraishi Esq., AUSA