UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :
                                  :       Crim.No. 09-0046(FSH)
                                  :
    v.                            :
                                  :       BAIL MODIFICATION
                                  :       CONSENT ORDER
EDWARD PUELLO                     :

This matter having come before the Court on the application of defendant Edward Puello, by Lorraine Gauli-Rufo, Assistant Federal Public Defender, for an Order modifying the conditions of bail set by The Honorable Claire C. Cecchi, on October 1, 2008, and modified on October 9, 2008 and March 17, 2009, and Zahid Quraishi, Esq., AUSA, and Pretrial Services Officer, Elizabeth Auson, having no objection to said modification,

IT IS on this 6th day of May, 2010,

ORDERED that Edward Puello shall be permitted to travel to California for a family reunion from July 29, 2010 to August 06, 2010. All other conditions of release set by this Court on October 1, 2008, as modified On October 9, 2008 and March 17, 2009, all other conditions of bail to remain in full force and effect.

                                        _____
                                        HONORABLE FAITH S. HOCHBERG
                                        United States District Court Judge

I hereby consent to the form of this Order:

_____         _____
Lorraine Gauli-Rufo, Esq., AFPD         Zahid Quraishi, Esq., AUSA